IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

ROBERT T. CHAPMAN, )
        Plaintiff )
        v. ) No. 3:05-cv-516
GEORGE W. BUSH, )
Office of the President of the
United States, )
        Defendant )

## **MEMORANDUM AND ORDER**

      This is a *pro se* civil rights action brought against the President of the United States, George W. Bush. Plaintiff Robert T. Chapman appears to contend that President Bush violated his civil rights by declining to order that the Ten Commandments be posted in every federal building in the United States. Pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), a district court may dismiss a complaint if it is frivolous or if it fails to state a claim upon which relief can be granted. *See also Neitzke v. Williams*, 490 U.S. 319, 327 (1989).

Plaintiff's complaint lacks any arguable basis for a recovery in federal court. It does not state any legally cognizable claim under the United States Constitution or any federal statute. Furthermore, the complaint does not appear to state any violation of any federal rights or violation of any constitutional rights. Accordingly, the complaint is DISMISSED under 28 U.S.C. § 1915(e) as frivolous, and for failure to state a claim upon which relief can be granted. Defendant's motion to dismiss pursuant to Rule 12(b)(2) and (5), Federal Rules of Civil Procedure, for insufficiency of service of process and lack of personal jurisdiction [Court File #5] is hereby DENIED AS MOOT.

**E N T E R :**

<u>s/ *James H. Jarvis*</u>
UNITED STATES DISTRICT JUDGE

2

Case 3:05-cv-00516   Document 7   Filed 04/18/06   Page 2 of 2   PageID #: 2